UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
OCT 1 4 2025
RECEIVED

RAYON PAYNE,
    Appellant

V.   Case No. 25-5355

USCIS

_____/

## STATEMENT OF ISSUES

Appellant Rayon Payne respectfully identifies the following issue for review in this appeal:

1. Whether the United States District Court for the District of Columbia lacked statutory authority to transfer Appellant's pending 8 U.S.C. § 1447(b) action to the Middle District of Florida, in light of the express language of the statute and Appellant's timely objection to such transfer.

Date: 10/9/2025   Respectfully Submitted

                                              RAYON PAYNE, PRO SE
                                              8815 Conroy Windermere Rd. Ste. #208
                                              Orlando Florida 32835
                                              Tel: 863-485-0550
                                              Email: Kekomardi@gmail.com
                                              Email: info@folksalert.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I served the above document by U.S. Mail, postage prepaid, on the following:

**Derrick A. Petit** | Assistant United States Attorney
Civil Division, U.S. Attorney's Office
601 D Street, NW, Washington, D.C. 20530
Derrick.Petit@usdoj.gov

Date: 10/9/2025                                    Respectfully Submitted

                                                   _____
                                                   RAYON PAYNE, PRO SE
                                                   8815 Conroy Windermere Rd. Ste. #208
                                                   Orlando Florida 32835
                                                   Tel: 863-485-0550
                                                   Email: Kekomardi@gmail.com
                                                   Email: info@folksalert.com