# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5355**                                         **September Term, 2025**

**1:25-cv-01952-ACR**

**Filed On:** February 19, 2026

Rayon Sherwin Payne,

      Appellant

      v.

United States Citizenship and Immigration
Services,

      Appellee

**BEFORE:**     Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's motion for summary reversal; appellee's motion to extend the time for filing its combined response and dispositive motion, and the combined response and dispositive motion filed on December 19, 2025; and appellant's motions for entry of a protective order, for stay pending appeal, and to disqualify the Department of Justice as counsel on appeal, it is

**ORDERED** that the motion to extend time be granted.  Appellee's combined response and dispositive motion is deemed timely filed.  It is

**FURTHER ORDERED** that appellant file a reply and response to appellee's combined response and motion within 30 days of the date of this order.  It is

**FURTHER ORDERED** that consideration of appellant's remaining motions be deferred pending further order of the court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Selena R. Gancasz
Deputy Clerk