# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5355**

**September Term, 2025**

**1:25-cv-01952-ACR**

**Filed On: April 21, 2026** [2169632]

Rayon Sherwin Payne,

      Appellant

    v.

United States Citizenship and Immigration Services,

      Appellee

## O R D E R

Upon consideration of appellant's motion for leave to file documents electronically via CM/ECF, it is

**ORDERED** that the motion be dismissed as moot. By order filed October 20, 2025, in Case No. 25-5349, appellant was granted permission to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as he is not represented by an attorney. See D.C. Cir. Rule 25(b)(2). Appellant may continue to participate as an ECF filer unless his previously granted permission is revoked.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:    /s/
            Catherine J. Lavender
            Deputy Clerk