# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5355**                                    **September Term, 2025**

**1:25-cv-01952-ACR**

**Filed On:** April 30, 2026

Rayon Sherwin Payne,

        Appellant

    v.

United States Citizenship and Immigration
Services,

        Appellee

    **BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for summary reversal, the response thereto, and the reply; the cross-motion to dismiss or for summary affirmance, the response thereto, and the reply; the motions for protective orders; the motion for stay; the motion to disqualify the Department of Justice; and the motion for court action, it is

**ORDERED**, on the court's own motion, that this appeal be construed as a petition for writ of mandamus.  Payne's appeal of the district court's denial of his motion for relief under Federal Rule of Civil Procedure 60(b) essentially amounts to a challenge to the district court's decision to transfer his case to the United States District Court for the Middle District of Florida, and district court transfer decisions are reviewable only via mandamus.  See Starnes v. McGuire, 512 F.2d 912, 924 (D.C. Cir. 1974).  It is

**FURTHER ORDERED** that the motion to dismiss be granted, and that the cross-motions for summary disposition be dismissed as moot.  The district court's transfer of this case to the United States District Court for the Middle District of Florida deprives this court of jurisdiction to review the transfer, unless there is a "substantial issue" about whether the district court had power to order the transfer.  Starnes v. McGuire, 512 F.2d 912, 924 (D.C. Cir. 1974); In re Briscoe, 976 F.2d 1425, 1426-27 (D.C. Cir. 1992).  Appellant's contention that the district court was without power to order the transfer, because the court was required to grant complete deference to his choice of forum, is

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5355**                    **September Term, 2025**

unsupported by the plain language of 8 U.S.C. § 1447(b) or by the cases cited by appellant in his submissions.  It is

    **FURTHER ORDERED** that appellant's remaining motions be denied.  Appellant has not shown that he is entitled to the relief requested in any of those motions.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**<u>Per Curiam</u>**