# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5355** **September Term, 2026**

**1:25-cv-01952-ACR**

**Filed On:** November 20, 2026

Rayon Sherwin Payne,

Appellant

v.

United States Citizenship and Immigration Services,

Appellee

**BEFORE:** Walker and Childs, Circuit Judges

**O R D E R**

Upon consideration of the motion to recuse, it is

**ORDERED** that the motion be denied. "[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion," Liteky v. United States, 510 U.S. 540, 555 (1994), and appellant has offered no other basis to conclude that the impartiality of the subject judges might reasonably be questioned, 28 U.S.C. § 455(a).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk